DEBORAH M. SMITH
Acting United States Attorney

STEPHAN A. COLLINS
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Tel: (907) 271-5071
Fax: (907) 271-1500
E-mail: stephan.collins@usdoj.gov
AK # 8911061

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. |
| | ) |
| Plaintiff, | ) COUNT 1: |
| | ) CONSPIRACY TO DISTRIBUTE |
| vs. | ) CONTROLLED SUBSTANCES |
| | )     Vio. 21 U.S.C. §§ 846 & 841(b)(1)(A) |
| | ) |
| KIHEAM K. CRAWFORD, a.k.a. "C," | ) COUNTS 2 - 5: |
| and OREYAL A. JACQUET, a.k.a. "Q" | ) DISTRIBUTION OF COCAINE BASE |
| | )     Vio. 21 U.S.C. §§ 841(a)(1) and |
| Defendants. | ) 841(b)(1)(B) |
| | ) |
| | ) COUNT 6: |
| | DISTRIBUTION OF COCAINE BASE |
| |     Vio. 21 U.S.C. §§ 841(a)(1) and |
| | 841(b)(1)(A) |
| | |
| | COUNT 7: |
| | CRIMINAL FORFEITURE–CASH |
| |     21 U.S.C. § 853(a)(1) and (2) |

## INDICTMENT

The Grand Jury charges that:

### COUNT 1

Beginning at some exact time unknown but at least between in or about January, 2006, and continuing to April 19, 2006, both dates being approximate and inclusive, the defendants, KIHEAM K. CRAWFORD, a.k.a. "C," and OREYAL A. JACQUET, a.k.a. "Q", within the District of Alaska and elsewhere, did unlawfully and knowingly combine, conspire, confederate, and agree with each other to commit violations of Title 21 of the United States Code, to wit:

To distribute a mixture and substance containing a detectable amount of cocaine base (crack), to wit: 50 grams or more, in violation of Title 21 United States Code Sections 841(a)(1) and 841(b)(1)(A),

All of which is in violation of Title 21 U.S.C. § 846& § 841(b)(1)(A).

### DISTRIBUTION OF CONTROLLED SUBSTANCES

### COUNT 2

On or about January 18, 2006, within the District of Alaska, the defendant, KIHEAM M. CRAWFORD, a.k.a. "C", did knowingly and intentionally distribute a mixture and substance containing a detectable amount of cocaine base (crack), to wit: five grams or more, all of which is in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

## COUNT 3

On or about January 25, 2006, within the District of Alaska, the defendant, KIHEAM M. CRAWFORD, a.k.a. "C", did knowingly and intentionally distribute a mixture and substance containing a detectable amount of cocaine base (crack), to wit: five grams or more, all of which is in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

## COUNT 4

On or about February 7, 2006, within the District of Alaska, the defendant, KIHEAM M. CRAWFORD, a.k.a. "C", did knowingly and intentionally distribute a mixture and substance containing a detectable amount of cocaine base (crack), to wit: five grams or more, all of which is in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

## COUNT 5

On or about February 23, 2006, within the District of Alaska, the defendant, KIHEAM M. CRAWFORD, a.k.a. "C", and OREYAL A. JACQUET, a.k.a. "Q", aiding and abetting one another, did knowingly and intentionally distribute a mixture and substance containing a detectable amount of cocaine base (crack), to wit: five grams or more, all of which is in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

## COUNT 6

On or about March 21, 2006, within the District of Alaska, the defendant, KIHEAM M. CRAWFORD, a.k.a. "C", did knowingly and intentionally distribute a mixture and substance containing a detectable amount of cocaine base, to wit: 50 grams or more, all of which is in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A).

## CRIMINAL FORFEITURE

## COUNT 7

Upon conviction of one or more of the controlled substance offenses alleged in Counts 1 through 6 of this Indictment, punishable by imprisonment for more than one year, the defendants, KIHEAM K. CRAWFORD, a.k.a. "C," and OREYAL A. JACQUET, a.k.a. "Q", shall forfeit to the United States any property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as the result of such violation, pursuant to 21 U.S.C. § 853(a)(1), and any of the defendants' property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of such violation, pursuant to 21 U.S.C. § 853(a)(2), including but not

\\

\\

\\

limited to $12,000.00 in United States Currency, seized on or about April 19, 2006.

A TRUE BILL.

s/ Grand Jury Foreperson
GRAND JURY FOREPERSON

s/ Stephan A. Collins
STEPHAN A. COLLINS
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: stephan.collins@usdoj.gov
AK Bar No. 8911061


s/ James A. Goeke (for)
DEBORAH M. SMITH
Acting United States Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: deb.smith@usdoj.gov


07/19/06
DATE