MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs. KIHEAM K. CRAWFORD     CASE NO. 3:06-cr-00059-01-RRB
Defendant:  X Present  X In Custody

BEFORE THE HONORABLE:              PHILIP M. PALLENBERG

DEPUTY CLERK/RECORDER:             APRIL KARPER

UNITED STATES ATTORNEY:            STEPHAN COLLINS

DEFENDANT'S ATTORNEY:              KEVIN MCCOY - APPOINTED

U.S.P.O.:                          PAULA MCCORMICK

PROCEEDINGS: ARRAIGNMENT ON INDICTMENT HELD AUGUST 2, 2006:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 10:33 a.m. court convened.

 X Copy of Indictment given to defendant: waived reading.

 X Defendant advised of general rights.

 X Defendant advised of charges and penalties.

 X Financial Affidavit **FILED**.
   X Federal Public Defender accepted appointment; FPD notified.

 X Pleas: Not Guilty to counts 1 thru 7 of the Indictment.

 X Defendant detained/Detention Hearing set for **August 9, 2006 at 2:30 p.m.** before U.S. Magistrate Judge John D. Roberts.

 X Order of Temporary Detention Pending Hearing **FILED**.

 X Pretrial motions due **August 21, 2006**; Order for the Progression of a Criminal Case without Trial by Jury and Final Pretrial Conference **FILED.**

 X Counsel advised no trial date has been set.

 X OTHER: Parties to meet and confer by **August 7, 2006.** Court and counsel heard re plaintiff's oral motion for a detention hearing; **GRANTED.**

At 10:41 a.m. court adjourned.

DATE:     August 2, 2006      DEPUTY CLERK'S INITIALS:    amk