AO 442 (Rev. 12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA

RECEIVED
U.S. MARSHAL SERVICE
ALASKA

2006 JUL 20 PM 2: 53

~~SECRET~~

| | |
|---|---|
| UNITED STATES OF AMERICA | **WARRANT FOR ARREST** |
| V. | CASE NUMBER: 3:06-cr-00059-01 RRB-JDR |
| KIHEAM K. CRAWFORD, a.k.a. "C" | |

RECEIVED
AUG 0 2 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

To:  The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest Kiheam K. Crawford and bring him or her forthwith to the nearest Magistrate Judge to answer a(n)

[XX] Indictment  [] Information  [] Complaint  [] Order of Court  [] Violation Notice  [] Probation Violation Petition

charging him or her with (brief description of offense): Conspiracy to Distribute Controlled Substances, Distribution of Cocaine Base, Criminal Forfeiture

in violation of Title 21 United States Code, Section(s) 846 & 841(b)(1)(A)
Title 21 United States Code, Section(s) 841(a)(1) and 841(b)(1)(B), 21 United States Code, Section(s) 841(a)(1) and 841(b)(1)(A), and 21 United States Code Section(s) 853(a)(1) and (2)

| | |
|---|---|
| Ida Romack<br>Name of Issuing Officer | Clerk of Court<br>Title of Issuing Officer |
| by: redacted signature   Deputy Clerk<br>Signature | July 19, 2006 at Anchorage, Alaska<br>Date and Location |
| Bail Fixed at $ to be determined | by Magistrate Judge John D. Roberts |

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at: _____

ANCHORAGE AK

| DATE RECEIVED<br>7/19/2006 | NAME AND TITLE OF ARRESTING OFFICER<br>GORDON DORL<br>TFO  DEA | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST<br>8/1/2006 | | |