Kevin F. McCoy
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>KIHEAM KASMIN CRAWFORD,<br><br>        Defendant. | Case No. 3:06-cr-00059-01-RRB<br><br>**MOTION TO VACATE DETENTION HEARING AND CONSENT TO ORDER OF DETENTION**<br>*Filed on Shortened Time* |

      Defendant, Kiheam Kasmin Crawford, by and through counsel Kevin F. McCoy, Assistant Federal Defender, moves this court on shortened time to vacate the detention hearing scheduled in this matter for Wednesday, August 9, 2006, at 2:30 p.m.  Mr. Crawford currently is in custody.  Mr. Crawford consents to the entry of an order of detention.

///

///

///

///

DATED at Anchorage, Alaska, this 4th day of August, 2006.

Respectfully submitted,

s/Kevin F. McCoy
Assistant Federal Defender
Alaska Bar No. 7705042
601 West Fifth Avenue, Suite 800
Anchorage, AK  99501
Phone:          907-646-3400
Fax:             907-646-3480
E-Mail:         kevin_mccoy@fd.org

Certification:

I certify that on August 4, 2006,
a copy of foregoing document, with
attachments, was served electronically on:

Stephan A. Collins, Esq.
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567


s/Kevin F. McCoy