UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>KIHEAM KASMIN CRAWFORD,<br><br>                Defendant. | Case No. 3:06-cr-00059-01-RRB<br><br>**PROPOSED<br>ORDER VACATING<br>DETENTION HEARING** |

After due consideration of defendant's motion on shortened time, the court GRANTS the motion.

After due consideration of defendant's motion to vacate the detention hearing scheduled for Wednesday, August 9, 2006, at 2:30 p.m., the court GRANTS the motion. Said hearing is hereby vacated.

DATED this _____ day of August, 2006, in Anchorage, Alaska.

_____
John D. Roberts
United States Magistrate Judge