UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | Case No. 3:06-cr-00059-01-RRB |
| vs. | |
| KIHEAM KASMIN CRAWFORD, | ORDER VACATING DETENTION HEARING |
| Defendant. | |

After due consideration of defendant's motion on shortened time, the court GRANTS the motion.

After due consideration of defendant's motion to vacate the detention hearing scheduled for Wednesday, August 9, 2006, at 2:30 p.m., the court GRANTS the motion. Said hearing is hereby vacated.

DATED this 7th day of August, 2006, in Anchorage, Alaska.

/s/Terrance W. Hall
TERRANCE W. HALL
United States Magistrate Judge