Kevin F. McCoy
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KIHEAM KASMIN CRAWFORD,<br><br>Defendant. | NO. 3:06-cr-00059-01-RRB<br><br>**MOTION FOR BILL OF PARTICULARS AS TO COUNT 7** |

Kiheam Crawford ask this court for an order requiring the government to file a bill of particulars as to Count 7.  A bill of particulars is necessary to apprize Mr. Crawford of all the property the government alleges was obtained in violation of Title 21 of the United States Code.  A bill of particulars will minimize surprise at trial, will aid Mr. Crawford in preparing for trial, and will safeguard his right not to be placed twice in jeopardy for the same offense.

This motion is submitted pursuant to the Fifth Amendment, the Sixth Amendment, Fed.R.Crim.P. 12(f), D.Ak.L.Crim.R. 47.1 and is based upon the memorandum of law filed herewith.

DATED at Anchorage, Alaska this 21st day of August 2006.

Respectfully submitted,

s/Kevin F. McCoy
Assistant Federal Defender
601 West Fifth Avenue, Suite 800
Anchorage, AK 99501
Phone:       907-646-3400
Fax:         907-646-3480
E-Mail:      kevin_mccoy@fd.org

Certification:
I certify that on August 21, 2006,
a copy of the *Motion for Bill of
Particulars as to Count 7* was
served electronically on:

Stephan A. Collins
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

s/Kevin F. McCoy