UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

  USA   v.  CRAWFORD and JACQUET 

DATE:   August 21, 2006     CASE NO.   3:06-CR-0059-RRB 

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**
                **SCHEDULING HEARING**

---

A hearing on Defendant Jacquet's Motion to Continue Trial (Docket 33) will be held on **Wednesday, August 23, 2006, at 8:30 a.m.**, in Courtroom 2 in Anchorage, Alaska.

M.O. SCHEDULING HEARING