Kevin F. McCoy
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska 99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>KIHEAM KASMIN CRAWFORD,<br><br>　　　　Defendant. | NO. 3:06-cr-00059-01-RRB<br><br>**UNOPPOSED MOTION FOR ORDER PERMITTING KIHEAM CRAWFORD TO WITHDRAW HIS MOTION FOR BILL OF PARTICULARS** |

　　　　Kiheam Crawford asks this court for an order withdrawing his motion for a bill of particulars as to Count 7. Withdrawal of this motion is appropriate because the government has informed the undersigned that the only property subject to forfeiture under Count 7 is the $12,000.00 identified therein.

　　　　The government does not oppose this request.

　　　　This motion is submitted pursuant to D.Ak.L.Crim.R. 47.1 and is based upon the affidavit of counsel filed herewith.

DATED at Anchorage, Alaska this 28th day of August 2006.

Respectfully submitted,

s/Kevin F. McCoy
Assistant Federal Defender
601 West Fifth Avenue, Suite 800
Anchorage, AK 99501
Phone:      907-646-3400
Fax:        907-646-3480
E-Mail:     kevin_mccoy@fd.org

Certification:
I certify that on August 28, 2006,
a copy of the *Unopposed Motion for Order
Permitting Kiheam Crawford to Withdraw
His Motion for Bill of Particulars* was
served electronically on:

Stephan A. Collins
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

s/Kevin F. McCoy