UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KIHEAM KASMIN CRAWFORD,<br><br>Defendant. | NO. 3:06-cr-00059-01-RRB<br><br>**PROPOSED ORDER PERMITTING WITHDRAWAL OF MOTION FOR BILL OF PARTICULARS AT DOCKET NO. 31** |

On consideration of the defendant, Kaheim Crawford's unopposed request for leave to withdraw his motion for a bill of particulars as to Count 7, filed at Docket No. 31;

It is hereby ordered that the request is granted. The motion for bill of particulars as to Count 7, filed at Docket No. 31, is deemed withdrawn.

DATED this ____ day of _____ 2006, in Anchorage, Alaska.

_____
JOHN D. ROBERTS
U.S. MAGISTRATE JUDGE