Kevin F. McCoy
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant


UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 3:06-cr-00059-01-RRB |
| Plaintiff, | |
| vs. | **AFFIDAVIT OF COUNSEL** |
| KIHEAM KASMIN CRAWFORD, | |
| Defendant. | |
| STATE OF ALASKA | ss: |
| THIRD JUDICIAL DISTRICT | |

Kevin F. McCoy, being first duly sworn upon oath, deposes and says as follows:

1.      I am the attorney for Kahiem Crawford.

2.      On Mr. Crawford's behalf, I filed a motion for bill of particulars as to Count 7 of the indictment seeking a determination of what property beyond the $12,000. 00 cash listed in Count 7 the government sought to forfeit.

3.      On August 28, 2006, I spoke with Assistant U.S. Attorney James Barkeley.

4.      Mr. Barkeley informed me that the only property that the government was seeking to forfeit under Count 7 was the $12,000.00 itemized therein.

5.      In reliance on Mr. Barkeley's representation, I agreed to seek leave to withdraw the motion for bill of particulars as to count 7 filed at Docket No. 31.

6.      Accordingly, I ask for an order allowing Mr. Crawford to withdraw his motion for a bill of particulars as to Count 7.


FURTHER YOUR AFFIANT SAYETH NAUGHT.


KEVIN F. McCOY


SUBSCRIBED AND SWORN to before me this 28th day of August 2006.

Notary Public in and for Alaska
My Commission Expires: 12/20/2008

Certification:
I certify that on August 28, 2006,
a copy of the *Affidavit of Counsel*
was served electronically on:

Stephan A. Collins
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

s/Kevin F. McCoy

*United States v. Kiheam Kasmin Crawford*
Case No. 3:06-cr-00059-01-RRB                                    Page 2