UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

<u>  USA  </u>  v.  <u>  CRAWFORD & JACQUET  </u>

DATE:   <u>  October 4, 2006  </u>      CASE NO.   <u>  3:06-CR-0059-RRB  </u>

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS**
**CHANGING TIME FOR HEARING**

---

The **time** for the final pretrial conference scheduled for **October 10, 2006**, is **changed** from 9:00 a.m. to **8:15 a.m.**, in Courtroom 2 in Anchorage, Alaska.

M.O. CHANGING TIME FOR HEARING