UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

USA  v.  CRAWFORD

DATE:    October 6, 2006         CASE NO.    3:06-CR-0059-RRB

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:    **MINUTE ORDER FROM CHAMBERS**
**SCHEDULING HEARING**

---

Defendant has filed a Notice of Intent to Change Plea at Docket 42.  A change of plea hearing will be held on **Thursday, October 12, 2006, at 1:00 p.m.**, in Courtroom 2 in Anchorage, Alaska.  The final pretrial conference scheduled for October 10, 2006, at 8:15 a.m. is hereby **vacated** as to Defendant Crawford.

M.O. SCHEDULING HEARING