MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs. KIHEAM K. CRAWFORD     CASE NO. 3:06-cr-00059-01-RRB
Defendant:  X Present  X In Custody

BEFORE THE HONORABLE:              RALPH R. BEISTLINE

DEPUTY CLERK/RECORDER:             APRIL KARPER

UNITED STATES ATTORNEY:            STEPHAN COLLINS

DEFENDANT'S ATTORNEY:              MARY GEDDES FOR KEVIN MCCOY

U.S.P.O.:                          SCOTT KELLEY

PROCEEDINGS: PROPOSED CHANGE OF PLEA HEARING
             HELD OCTOBER 12, 2006:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 1:02 p.m. court convened.

 X Defendant sworn.

 X Defendant advised of general rights.

 X Defendant advised of charges and penalties.

 X Defendant states true name: Same as above.    Age:    25

 X Defendant changed plea(s) to guilty on counts 6 and 7 of the Indictment.

 X Court accepted pleas. Referred to P.O. for presentence report.

 X Imposition of Sentence set for **December 20, 2006 at 9:00 a.m.**

 X Defendant's detention continued.

 X OTHER: Court and counsel heard re plea agreement. Trial by Jury previously set for October 16, 2006 at 8:30 a.m. **VACATED.**

At 1:22 p.m. court adjourned.


DATE:  October 12, 2006      DEPUTY CLERK'S INITIALS:    amk