# Federal Public Defender
## for
## The District of Alaska

Rich Curtner
Federal Public Defender

601 West Fifth Ave., Suite 800
Anchorage, Alaska 99501

Phone: (907) 646-3400/FAX: (907) 646-3480

November 21, 2006

Stephan A. Collins
Assistant U.S. Attorney
222 W. 7th Ave., #9, Rm. 253
Anchorage, Alaska 99513-7567

    Re:    *United States v. Kiheam K. Crawford*, 3:06-cr-059-RRB

Dear Stephan:

Kiheam Crawford confronts a mandatory minimum sentence of 120 months and sentencing is presently set for December 20, 2006. Fortunately, Mr. Crawford is safety valve eligible under U.S.S.G. § 5 C1.2 and 18 U.S.C. § 3553(f). Accordingly, he is asking that he be provided an opportunity to be debriefed for safety valve purposes.

Please let me know when it would be convenient to conduct the interview.

Sincerely yours,

*[signature]*

Kevin F. McCoy
Assistant Federal Defender

Exhibit A - Page 1 of 1