NELSON P. COHEN
United States Attorney

STEPHAN A. COLLINS
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
Tel: (907) 271-5071
Fax: (907) 271-1500
E-mail: stephan.collins@usdoj.gov
AK # 8911061

Attorney for Plaintiff


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | Case No. 3:06-cr-0059 (RRB) |
| ) | |
| Plaintiff,  ) | **UNOPPOSED MOTION ON** |
| ) | **SHORTENED TIME** |
| v.  ) | **TO CONTINUE IMPOSITION** |
| ) | **OF SENTENCE HEARING** |
| KIHEAM CRAWFORD,  ) | |
| ) | |
| Defendant.  ) | |
| ) | |

    Imposition of sentence in this matter is currently set for December 20, 2006. The parties jointly move to continue the defendant's imposition of sentence hearing to sometime during the week of January 12, 2007. The parties seek the continuance to allow adequate time to conduct debriefings of the defendant to

afford him an opportunity to potentially satisfy the fifth element of U.S.S.G. § 5C1.2(a), the "Safety Valve": the statement to the government concerning all information and evidence about the offense of conviction.

RESPECTFULLY SUBMITTED this day, December 18, 2006, in Anchorage, Alaska.

> NELSON P. COHEN
> United States Attorney
>
> s/Stephan A. Collins
> Assistant U.S. Attorney
> 222 West 7th Ave., #9, Rm. 253
> Anchorage, AK 99513-7567
> Phone: (907) 271-5071
> Fax: (907) 271-1500
> E-mail: stephan.collins@usdoj.gov
> AK # 8911061

**CERTIFICATE OF SERVICE**

I hereby certify that on December 18, 2006
a copy of the foregoing was served
electronically:


s/ Stephan A. Collins