NELSON P. COHEN
United States Attorney

STEPHAN A. COLLINS
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
Tel: (907) 271-5071
Fax: (907) 271-1500
E-mail: stephan.collins@usdoj.gov
AK # 8911061

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>KIHEAM CRAWFORD,<br><br>　　　　　　　Defendant. | ) Case No. 3:06-cr-0059 (RRB)<br>)<br>)<br>) **ORDER TO CONTINUE**<br>) **IMPOSITION OF SENTENCE**<br>) **HEARING**<br>)<br>) (On Shortened Time)<br>) |

Having considered the unopposed motion filed by the United States to continue the continue imposition of sentence hearing in this case, IT IS HEREBY ORDERED that the imposition of sentence hearing presently set for Wednesday, December 20, 2006, is VACATED and CONTINUED to _____, ___, 200__, at _____ __. m.            IT IS SO ORDERED.

　　　　DATED this ____ day of December, 2006, at Anchorage, Alaska.

　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE