```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                         DISTRICT OF ALASKA
```

U.S.A. vs.   KIHEAM K. CRAWFORD    CASE NO. 3:06-CR-00059-01-RRB
Defendant:  X Present    X In Custody

BEFORE THE HONORABLE:        RALPH R. BEISTLINE

DEPUTY CLERK/RECORDER:       SUZANNETTE LUCERO

UNITED STATES ATTORNEY:      STEPHAN COLLINS

DEFENDANTS ATTORNEY:         KEVIN MCCOY

U.S.P.O.:                    BARBARA BURTON

PROCEEDINGS: IMPOSITION OF SENTENCE HELD 1/19/07:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 11:14 a.m. court convened.

 X Notice of Appeal form given to defense counsel.

 X Court stated findings/reasons pursuant to sentencing
   guidelines.

 X Imprisonment for a period of   70 months on Count 6.

 X Defendant placed on supervised release for a period of  5
   years on Count 6 under the usual terms and conditions with
   special conditions of supervised release as stated in the
   judgment.

 X Special Assessment $ 100.00 , due   immediately.

 X Defendant remanded to the custody of the U.S. Marshal.

 X On motion of the U.S. Attorney, remaining counts  1, 2-5  of
   the Indictment dismissed.

 X OTHER: Defendant to forfeit the defendant's interest in the
   property to the United States as directed. Court and counsel
   heard re presentence report and plea agreement; Court STRONGLY
   recommends defendant to participate in the 500 hour drug and
   alcohol treatment program; Court recommends that the defendant
   serve his time at the facility located in Texas; Payment
   coupon given to defendant; Court advised defendant of appeal
   rights.

At 11:37 a.m. court adjourned.

DATE:   January 19, 2007         DEPUTY CLERK'S INITIALS:   SCL