NELSON P. COHEN
United States Attorney

STEPHAN A. COLLINS
JAMES BARKELEY
Assistant U.S. Attorneys
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-3699
Fax: (907) 271-6011
Email: jim.barkeley@usdoj.gov
Alaska Bar No. 8306019

Counsel for Plaintiff


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:06-cr-059-RRB |
| | ) | |
| Plaintiff, | ) | **NOTICE OF PROOF OF** |
| | ) | **PUBLICATION** |
| v. | ) | |
| | ) | |
| KIHEAM K. CRAWFORD, a/k/a "C", | ) | |
| and OREYAL A. JACQUET, a/k/a "Q", | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

COMES NOW plaintiff United States of America, by and through counsel, and hereby submits proof of publication of the notice of forfeiture in a newspaper of general circulation in the judicial district where the property was seized, as required by Rule G(4)(a)(iv) of the Supplemental Rules for Certain Admiralty and Maritime Claims. Attached hereto as Exhibit 1 is the Anchorage Daily News Affidavit of Publication attesting to the publication on

February 27, March 6, and March 13, 2007, together with a photocopy of the published

advertisement.

Respectfully submitted this 20th day of April, 2007, in Anchorage, Alaska.

NELSON P. COHEN
United States Attorney

s/James Barkeley
JAMES BARKELEY
Assistant U. S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-3699
Fax: (907) 271-6011
Email: jim.barkeley@usdoj.gov
Alaska Bar No. 8306019

## CERTIFICATE OF SERVICE

I hereby certify that on April 20, 2007, a true and correct copy
of the foregoing NOTICE OF PROOF OF PUBLICATION was
served electronically on:

KEVIN McCOY (Counsel for Defendant Kiheam K. Crawford)

WILLIAM CAREY (Counsel for Defendant Oreyal A. Jacquet)

s/James Barkeley