NELSON P. COHEN
United States Attorney

STEPHAN A. COLLINS
Assistant U.S. Attorney
JAMES BARKELEY
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-3699
Fax: (907) 271-6011
Email: jim.barkeley@usdoj.gov
Alaska Bar No. 8306019

Counsel for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:06-cr-059-RRB |
| | ) | |
| Plaintiff, | ) | **MOTION FOR FINAL DECREE** |
| | ) | **OF FORFEITURE** |
| v. | ) | |
| | ) | |
| KIHEAM K. CRAWFORD, a/k/a "C", | ) | |
| and OREYAL A. JACQUET, a/k/a "Q", | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

   Plaintiff United States of America, by and through counsel, hereby moves this Court

for a Final Decree of Forfeiture in the above-captioned case.  This motion is supported by

the attached Declaration of Counsel.

    DATED this 24th day of April, 2007, in Anchorage, Alaska.

                          NELSON P. COHEN
                          United States Attorney

                          s/James Barkeley
                          JAMES BARKELEY
                          Assistant U.S. Attorneys
                          Federal Building & U.S. Courthouse
                          222 W. 7th Avenue, #9, Room 253
                          Anchorage, AK 99513-7567
                          Phone: (907) 271-3699
                          Fax: (907) 271-6011
                          Email: jim.barkeley@usdoj.gov
                          Alaska Bar No. 8306019

**CERTIFICATE OF SERVICE**

I hereby certify that on April 24, 2007, a true and correct copy
of the foregoing MOTION FOR FINAL DECREE OF FORFEITURE
and (proposed) FINAL DECREE OF FORFEITURE were served
electronically on:

KEVIN McCOY (Counsel for Defendant Kiheam K. Crawford)

WILLIAM CAREY (Counsel for Defendant Oreyal A. Jacquet)

s/James Barkeley