NELSON P. COHEN
United States Attorney

STEPHAN A. COLLINS
Assistant U.S. Attorney
JAMES BARKELEY
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-3699
Fax: (907) 271-6011
Email: jim.barkeley@usdoj.gov
Alaska Bar No. 8306019

Counsel for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:06-cr-059-RRB |
| | ) | |
| Plaintiff, | ) | **DECLARATION OF COUNSEL** |
| | ) | **IN SUPPORT OF MOTION FOR** |
| v. | ) | **FINAL DECREE OF FORFEITURE** |
| | ) | |
| KIHEAM K. CRAWFORD, a/k/a "C", | ) | |
| and OREYAL A. JACQUET, a/k/a "Q", | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

I, JAMES BARKELEY, am an Assistant United States Attorney and represent the

Plaintiff in this action.

1.      On October 12, 2006, defendant KIHEAM K. CRAWFORD pled guilty to

Counts 6 and 7, including Criminal Forfeiture Count 7 of the Indictment issued in this case.

On November 2, 2006, the Honorable Ralph R. Beistline entered a Preliminary Order of Forfeiture against the above-named defendant, forfeiting to the United States the defendant's interest in the $12,000.00 IN UNITED STATES CURRENCY described in Count 7 of the Indictment.

2.      On October 16, 2006, defendant OREYAL A. JACQUET pled guilty to Counts 5 and 7, including Criminal Forfeiture Count 7 of the Indictment issued in this case. On November 2, 2006, the Honorable Ralph R. Beistline entered a Preliminary Order of Forfeiture against the above-named defendant, forfeiting to the United States the defendant's interest in the $12,000.00 IN UNITED STATES CURRENCY described in Count 7 of the Indictment.

3.      Pursuant to 21 U.S.C. § 853(n)(1), persons asserting a legal interest in the above-described forfeited currency are entitled to a judicial determination of the validity of the legal claims or interests they assert.

4.      The Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF") published notification of the Court's November 2, 2006 Preliminary Orders of Forfeiture in the Anchorage Daily News, a newspaper of general circulation, on February 27, March 6, and March 13, 2007. Docket 79. Said published notice advised all third persons of their right to petition the Court within 30 days of the publication date for a hearing to adjudicate the validity of their alleged legal interest in the subject currency.

5.      No petitions of interest or other claims or requests for an ancillary hearing with regard to the above-described currency have been filed by any person or entity within the

time allowed by law.

6.    Declarant knows of no reason why a final decree of forfeiture should not now be issued declaring said currency be forfeited as to all persons.  Full right, title and interest in the above-described currency shall be and hereby is vested in the United States.

Further, the ATF and its property manager and/or its contractor should be directed to dispose of the above-described currency and pay any and all costs according to law.

I declare under penalty of perjury that the foregoing is true and correct, to the best of my knowledge.

EXECUTED this 24th day of April, 2007, in Anchorage, Alaska.

NELSON P. COHEN
United States Attorney

s/James Barkeley
JAMES BARKELEY
Assistant U.S. Attorneys
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-3699
Fax: (907) 271-6011
Email: jim.barkeley@usdoj.gov
Alaska Bar No. 8306019

## CERTIFICATE OF SERVICE

I hereby certify that on April 24, 2007, a true and correct copy
of the foregoing DECLARATION OF COUNSEL IN SUPPORT
OF MOTION FOR FINAL DECREE OF FORFEITURE was
served electronically on:

KEVIN McCOY (Counsel for Defendant Kiheam K. Crawford)

WILLIAM CAREY (Counsel for Defendant Oreyal A. Jacquet)

s/James Barkeley