IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 3:06-cr-059-RRB |
| ) | |
| Plaintiff, ) | **FINAL DECREE OF FORFEITURE** |
| ) | |
| v. ) | |
| ) | |
| KIHEAM K. CRAWFORD, a/k/a "C", ) | |
| and OREYAL A. JACQUET, a/k/a "Q", ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

On October 12, 2006, defendant KIHEAM K. CRAWFORD pled guilty to Counts 6 and 7, including Criminal Forfeiture Count 7, of the Indictment issued in this case. Based upon the Court's acceptance of the defendant's guilty pleas, the Court found that the defendant's interest, if any, in the $12,000.00 IN UNITED STATES CURRENCY described in Count 7 of the Indictment, is property constituting or derived from any proceeds the defendant obtained, directly or indirectly, as the result of such violation of 21 U.S.C. § 841, to which the defendant has pled guilty and been convicted, and property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation, thereby rendering said currency subject to forfeiture under 21 U.S.C. § 853(a)(1) and (2).

On October 16, 2006, defendant OREYAL A. JACQUET pled guilty to Counts 5 and 7, including Criminal Forfeiture Count 7, of the Indictment issued in this case. Based upon the Court's acceptance of the defendant's guilty pleas, the Court found that the defendant's

U.S. v. Kiheam K. Crawford & Oreyal A. Jacquet
Case No. 3:06-cr-059-RRB

interest, if any, in the $12,000.00 IN UNITED STATES CURRENCY described in Count 7 of the Indictment, is property constituting or derived from any proceeds the defendant obtained, directly or indirectly, as the result of such violation of 21 U.S.C. § 841, to which the defendant has pled guilty and been convicted, and property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation, thereby rendering said currency subject to forfeiture under 21 U.S.C. § 853(a)(1) and (2).

AND WHEREAS, on February 27, March 6, and March 13, 2007, the Bureau of Alcohol, Tobacco, Firearms & Explosives ("ATF") published, in the Anchorage Daily News, a newspaper of general circulation, notice of the above-referenced Preliminary Orders of Forfeiture and of the intent of the United States to dispose of said currency in accordance with the law, and further notifying all third parties of their right to petition the Court within 30 days of the publication date for a hearing to adjudicate the validity of their alleged legal interest in the currency.

AND WHEREAS, no petitions of interest or other claims or requests for an ancillary hearing with regard to the above-described forfeited currency have been filed by any individual or entity within the time allowed by law.

Accordingly, it is hereby ORDERED, ADJUDGED and DECREED:

1.  That the right, title and interest to the $12,000.00 IN UNITED STATES CURRENCY is hereby condemned, and forfeited to, and shall be vested in, the United States of America, and shall be disposed of by the ATF and its property manager and/or its

contractor according to law.

2.  That the right, title and interest to the $12,000.00 IN UNITED STATES CURRENCY is hereby condemned, and forfeited to, and shall be vested in, the United States of America, and shall be disposed of by the ATF and its property manager and/or its contractor according to law.

3.  That the ATF is directed to pay any and all costs associated with the described currency and to dispose of such according to law.

4.  The Clerk is hereby directed to send a copy of this Order to the ATF.

SO ORDERED this 7 day of May, 2007.

HON. RALPH R. BEISTLINE
United States District Court Judge