Kevin F. McCoy
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>KIHEAM KASMIN CRAWFORD,<br><br>　　　　　Defendant. | NO. 3:06-cr-00059-01-RRB<br><br>**MOTION FOR APPOINTMENT OF COUNSEL**<br><br>**(Filed on Shortened Time)** |

　　　　Kiheam Crawford asks this court for an order appointing counsel in connection with his 18 U.S.C. § 3582(c) motion to reduce his sentence based on the retroactive amendment to the cocaine base sentencing guideline.  The court originally appointed the Federal Defender to represent Mr. Crawford because of his indigent status.  Mr. Crawford is currently in custody in connection with the judgment in this case and, on information and belief, his financial circumstances have not changed materially.

　　　　This motion is submitted pursuant to 18 U.S.C. §§ 3006A, 3582(c)(2) and is based upon the affidavit of counsel being filed concurrently.

DATED at Anchorage, Alaska this 3rd day of March 2008.

Respectfully submitted,

s/Kevin F. McCoy
Assistant Federal Defender
601 West Fifth Avenue, Suite 800
Anchorage, AK 99501
Phone:     907-646-3400
Fax:       907-646-3480
E-Mail:    kevin_mccoy@fd.org

Certification:
I certify that on March 3, 2008,
a copy of the *Motion for Appointment
of Counsel, Filed on Shortened Time*,
was served electronically on:

Stephan A. Collins
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

s/Kevin F. McCoy