UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | NO. 3:06-cr-00059-01-RRB |
|---|---|
| Plaintiff, | |
| vs. | **PROPOSED ORDER** |
| KIHEAM KASMIN CRAWFORD, | |
| Defendant. | |

On consideration of the defendant's motion for appointment of counsel;

IT IS HEREBY ORDERED that the Federal Defender for the District of Alaska be appointed to represent the defendant in connection with his motion to reduce his sentenced.

DATED this _____ day of _____ 2006, in Anchorage, Alaska.

_____
RALPH R. BEISTLINE
U.S. DISTRICT JUDGE