Kevin F. McCoy
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>KIHEAM KASMIN CRAWFORD,<br><br>  Defendant. | NO. 3:06-cr-00059-01-RRB<br><br>**AFFIDAVIT OF COUNSEL** |
| STATE OF ALASKA<br><br>THIRD JUDICIAL DISTRICT | ss: |

Kevin F. McCoy, being first duly sworn upon oath, deposes and says as follows:

1. I was Kiheam Crawford's attorney in the above-styled matter.

2. This court originally appointed this office to represent Mr. Crawford in connection with his prosecution in the above-styled matter.

3. Mr. Crawford is currently incarcerated at Federal Satellite Low La Tuna in Anthony, Texas and his incarceration results from the judgment in this matter.

4. Mr. Crawford has asked that a motion to reduce his sentence be filed.

5. On information and belief, Mr. Crawford's financial circumstances have not materially changed since this court's original order appointing counsel in this matter.

6. Accordingly, on behalf of Mr. Crawford, and at his request, I ask that the Federal Defender be appointed to represent him in connection with the motion to reduce sentence.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

s/Kevin F. McCoy
Assistant Federal Defender
601 West Fifth Avenue, Suite 800
Anchorage, AK 99501
Phone:      907-646-3400
Fax:         907-646-3480
E-Mail:     kevin_mccoy@fd.org

SUBSCRIBED AND SWORN to before me this 3rd day of March, 2008.

Notary Public in and for Alaska
My Commission Expires: 12/20/2008

Certification:
I certify that on March 3, 2008,
a copy of the *Affidavit of Counsel*
was served electronically on:

Stephan A. Collins
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

s/Kevin F. McCoy

*United States v. Kiheam Kasmin Crawford*
Case No. 3:06-cr-00059-01-RRB                                                                                           Page 2