Kevin F. McCoy
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KIHEAM KASMIN CRAWFORD,<br><br>Defendant. | NO. 3:06-cr-00059-01-RRB<br><br>**MOTION TO REDUCE SENTENCE** |

      Kiheam Crawford asks this court for an order reducing his sentence from 70 months to 57 months.  The proposed reduction is appropriate because the retroactive amendment to the crack cocaine guideline reduces Mr. Crawford's total adjusted offense level from offense level 27 to offense level 25.  Mr. Crawford's plea agreement provided for a government recommendation at the low end of the applicable guideline range, which in this case is 57 months.

      This motion is submitted pursuant to 18 U.S.C. § 3582(c)(2), the retroactive amendment to the cocaine base guidelines, effective March 3, 2008, and the memorandum of law filed herewith.

DATED at Anchorage, Alaska this 3rd day of March 2008.

Respectfully submitted,

s/Kevin F. McCoy
Assistant Federal Defender
601 West Fifth Avenue, Suite 800
Anchorage, AK 99501
Phone:       907-646-3400
Fax:         907-646-3480
E-Mail:      kevin_mccoy@fd.org

Certification:
I certify that on March 3, 2008,
a copy of the **Motion to Reduce Sentence** was served electronically on:

Stephan A. Collins
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

s/Kevin F. McCoy