UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KIHEAM KASMIN CRAWFORD,<br><br>Defendant. | NO. 3:06-cr-00059-01-RRB<br><br>**PROPOSED ORDER** |

On consideration of the defendant's 18 U.S.C. § 3582(c)(2) motion, and good cause shown therein;

IT IS HEREBY ORDERED that the motion to reduce sentence is granted.  The clerk is directed to prepare an amended judgment sentencing the defendant to 57 months with credit for time served.  All other provisions of the judgment at Docket No. 73 shall remain unchanged.

DATED this _____ day of _____ 2006, in Anchorage, Alaska.

_____
RALPH R. BEISTLINE
U.S. DISTRICT JUDGE