Kevin F. McCoy
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KIHEAM KASMIN CRAWFORD,<br><br>Defendant. | NO. 3:06-cr-00059-01-RRB<br><br>**MEMORANDUM OF LAW IN SUPPORT OF MOTION TO REDUCE SENTENCE** |

**I.      Introduction.**

   Kiheam Crawford asks this court for an order reducing his sentence from 70 months to 57 months pursuant to 18 U.S.C. § 3582(c)(2) and the retroactive amendment to cocaine base guideline.  Application of this retroactive amendment reduces Mr. Crawford's total adjusted offense level from offense level 27 to offense level 25 and, consistent with the low end recommendation in his plea agreement with the government, results in a 57-month sentence.

**II.     Statement of Relevant Facts.**

### Indictment And Plea Agreement

The grand jury originally charged Kiheam Crawford and Oreyal Jaquet in a multi-count indictment charging conspiracy to distribute cocaine base and distributing cocaine base. Mr. Crawford pleaded guilty to Count 6 of the indictment with the understanding that the remaining counts applicable to him would be dismissed at sentencing and which provided for a government recommendation at the low end of the ultimately determined guideline sentencing range.

### Sentencing

The uncontested presentence report established that Mr. Crawford was in Criminal History Category I and that his total adjusted offense level, with acceptance of responsibility was offense level 29. [PSR ¶¶ 33, 38] At sentencing, the court ruled that Mr. Crawford qualified for the safety valve reduction under U.S.S.G. § 5C1.2 and reduced Mr. Crawford's total adjusted offense level an additional two levels to offense level 27. Thus, the final sentencing guideline computation at the original sentencing was as follows:

> Base Offense Level . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 32[1]
>
> Safety Valve . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . -2
>
> Acceptance of Responsibility . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . -3[2]
>
> Total Adjusted Offense Level . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 27

---

[1] PSR ¶ 23

[2] PSR ¶ 32

Criminal History Category . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Category I[3]

This computation exposed Mr. Crawford to an advisory guideline range of 70 to 87 months and the court, consistent with the plea agreement and the parties' joint recommendation, imposed the 70-month sentence. *See* Docket No. 73.

**III.    The Retroactive Cocaine Sentencing Guideline Amendment.**

Congress, the courts, and the Sentencing Commission have long been troubled by the apparent disparate treatment of cocaine powder and cocaine base and the controversy surrounding the 100 to 1 ratio need not be discussed in this memorandum. It is sufficient to point out that effective March 3, 2008, the cocaine base sentencing guideline has been amended in a manner that reduces all base offense levels for cocaine base by two levels. This amendment has been expressly made retroactive.

**IV.    Application Of The Retroactive Amendment To Mr. Crawford.**

Applying this retroactive amendment to Mr. Crawford's advisory sentencing guideline computation reduces his base offense level from level 32 to level 30. This, in turn, reduces his total adjusted offense level from 27 to 25 and the advisory guideline computation is as follows:

Base Offense Level . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 30

Safety Valve . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . -2

---

[3] PSR ¶ 38

      Acceptance of Responsibility . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . -3[4]

      Total Adjusted Offense Level  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 25

      Criminal History Category  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Category I

This revised guideline computation thus exposes Mr. Crawford to an advisory sentencing guideline range of 57 to 71 months.

Under these circumstances, it is wholly appropriate to reduce Mr. Crawford's sentence to 57 months, which is consistent with the recommendation in his plea agreement with the government that he receive the low end of the applicable sentencing guideline range.

First, Mr. Crawford's offense did not involve either violence or firearms. Second, and perhaps more important, Mr. Crawford has taken significant steps to rehabilitate himself. The court may recall that at sentencing, Mr. Crawford asked for a judicial recommendation to the Bureau of Prisons that he be classified to a facility in Texas. Mr. Crawford advocated for a Texas Classification because the B.O.P. offered commercial truck driver training. The B.O.P. adopted the court's recommendation and Mr. Crawford has taken full advantage of the training opportunities that have been provided to him. Attached as Exhibit A to this memorandum are the Certificate of Completion for the ACE Commercial Drivers License Course, the Certificate of Completion of the Law Library Resource I course, the Certificate of Completion of the Blue Planet Video Program.

---

[4] PSR ¶ 32

## V.     Conclusion.

For all these reasons, Mr. Crawford asks the court to reduce his sentence from 70 months to 57 months.

DATED at Anchorage, Alaska this 3rd day of March 2008.

Respectfully submitted,

s/Kevin F. McCoy
Assistant Federal Defender
601 West Fifth Avenue, Suite 800
Anchorage, AK 99501
Phone:       907-646-3400
Fax:           907-646-3480
E-Mail:      kevin_mccoy@fd.org

Certification:
I certify that on March 3, 2008,
a copy of the *Memorandum of Law
in Support of Motion to Reduce
Sentence* was served electronically on:

Stephan A. Collins
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

s/Kevin F. McCoy