

# CERTIFICATE OF COMPLETION

FSL LA TUNA EDUCATION DEPARTMENT
ADULT CONTINUING EDUCATION PROGRAM
CERTIFIES THAT

## KIHEAM CRAWFORD

HAS SUCCESSFULLY COMPLETED

## LAW LIBRARY RESOURCE 1

ISSUED THIS TWENTY-FIFTH DAY OF SEPTEMBER, 2007

*ACE Program Coordinator*

# CERTIFICATE OF COMPLETION

FSL LA TUNA EDUCATION DEPARTMENT
ADULT CONTINUING EDUCATION PROGRAM
CERTIFIES THAT

## KIHE AM CRAWFORD

HAS SUCCESSFULLY COMPLETED

### THE BLUE PLANET VIDEO PROGRAM

ISSUED THIS FOURTEENTH DAY OF JANUARY, 2008

*Adult Continuing Education Coordinator*