NELSON P. COHEN
United States Attorney

STEPHAN A. COLLINS
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: Stephan.Collins@usdoj.gov
AK Bar Assoc. No. 8911061

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:06-CR-00059-RRB |
| | ) | |
| Plaintiff, | ) | **RESPONSE TO 18 U.S.C. §** |
| | ) | **3582(c) MOTION** |
| vs. | ) | |
| | ) | |
| KIHEAM CRAWFORD, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Kiheam Crawford, the defendant, has filed a motion for reduction of sentence, pursuant to 18 U.S.C. § 3582(c)(2), based on a recent amendment to the Sentencing Guidelines which lowered the base offense levels applicable to cocaine base ("crack") offenses. Based upon its review of the defendant's original sentence and the lack of any reports of misconduct while incarcerated, the United

States concludes that the defendant is eligible for the reduction in sentence. The United States has begun discussions with the defendant, through counsel, and it is believed that mutually satisfactory resolution, through stipulation, can be achieved. The United States is hopeful the parties can report a satisfactory resolution to the Court within the next 30 days.

RESPECTFULLY SUBMITTED this day, May 9, 2008, in Anchorage, Alaska.

NELSON P. COHEN
United States Attorney

s/Stephan A. Collins
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: stephan.collins@usdoj.gov
AK # 8911061

**CERTIFICATE OF SERVICE**

I hereby certify that on May 9, 2008
a copy of the foregoing was served
electronically:

Kevin McCoy, counsel for Crawford