NELSON P. COHEN
United States Attorney

STEPHAN A. COLLINS
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: Stephan.Collins@usdoj.gov
AK Bar Assoc. No. 8911061

RECEIVED
MAY 1 9 2008
FEDERAL PUBLIC DEFENDER

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 3:06-CR-00059-RRB |
| Plaintiff, | **STIPULATION REGARDING MODIFICATION OF SENTENCE** |
| vs. | |
| KIHEAM CRAWFORD, | |
| Defendant. | |

**STIPULATION REGARDING MODIFICATION OF SENTENCE**

**IT IS HEREBY STIPULATED AND AGREED,** by and between the parties acting through their respective counsel, that:

1. Defendant has submitted a request for modification of sentence pursuant to 18 U.S.C. § 3582(c)(2).

2. Defendant's original guideline calculation was as follows:

   Total Offense Level __27__

   Criminal History Category __I__

   __70__ to __87__ months of imprisonment

   __5__ to __Life__ years of supervised release

   $__15,000__ to $__4,000,000__ fine.

3. Defendant was sentenced on __January 22, 2007__ to __70__ months of imprisonment.

4. Defendant is eligible for a modification of sentence pursuant to 18 U.S.C. § 3582(c) and USSG § 1B1.10(c), Amendments 706 and 711 of the United States Sentencing Commission Guidelines Manual.

5. Defendant's revised guideline calculation is as follows:

   Total Offense Level __25__

   Criminal History Category __I__

   __57__ to __71__ months of imprisonment

   __5__ to __Life__ years of supervised release

   $__10,000__ to $__4,000,000__ fine.

6. Based upon the foregoing, the parties hereby stipulate that a sentence of __57__ months is appropriate in this matter for Count 6 of the indictment to which the defendant pleaded guilty and for which sentence was imposed.

7. The parties further stipulate that the remainder of defendant's judgment of conviction and sentence shall remain unchanged. The original term of supervised release and the conditions imposed shall remain unchanged and will remain in effect.

8. Defendant has agreed to waive and does not request a hearing in this matter pursuant to Fed. R. Crim. P. 43, 18 U.S..C § 3582(c)(2); *United States v. Booker*, 543 U.S. 220 (2005) and *Kimbrough v. United States*, 128 S.Ct. 558 (2007). The defendant waives any right to be present in the District if the Court accepts this stipulation and enters an amended judgment pursuant to the terms of this stipulation.

9. As consideration for the government's agreements contained in this stipulation, the defendant has waived any right to challenge the modified sentence through appeal or collateral attack.

10. Accordingly, the parties agree and stipulate that an amended judgment may be entered by the Court in accordance with this stipulation.

Respectfully submitted,

_____    5-15-08
KIHEAM CRAWFORD                   Date
Defendant

_____    May 19, 2008
KEVIN McCOY                       Date
Counsel for Defendant

_____    05/20/08
STEPHAN A. COLLINS                Date
Assistant U.S. Attorney

3