# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

USA  v.  KIHEAM CRAWFORD

DATE:   May 27, 2008     CASE NO.   3:06-CR-0059-RRB

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS
                REDUCING SENTENCE**

---

Before the Court are the parties with a Stipulation Regarding Modification of Sentence at Docket 99, which the Court hereby **ACCEPTS**.

Based upon the parties' stipulation and after reviewing the relevant pleadings, the Court hereby **REDUCES** Defendant's sentence from 70 months to 57 months.

The re-sentencing hearing scheduled for June 20, 2008, is **VACATED**.

M.O. REDUCING SENTENCE AND VACATING HEARING